*Judge's Copy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| MYRA CONTI, | ADMISSION TO PRACTICE |
| Plaintiff, | PRO HAC VICE |
| v. | |
| | Case No. 06 CV 3012 |
| CITISTORAGE, LLC., and CITIPOSTAL, INC., | Judge Ross |
| | Magistrate Judge Go |
| Defendants | |

-------------------------------------------------------x

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Guy T. Conti, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 7/6/06

Allyne R. Ross
United States District Judge

cc: *Pro Hac Vice* Attorney
Court File

*JUDGE'S COPY*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MYRA CONTI,

    Plaintiff,

v.

CITISTORAGE, LLC., and CITIPOSTAL, INC.,

    Defendants
-------------------------------------------------------x

NOTICE OF MOTION TO ADMIT ATTORNEY PRO HAC VICE

Case No. 06 CV 3012

Judge Ross
Magistrate Judge Go

To:    Diane Krebs
       Gordon & Rees, LLP
       Attorneys for Defendants
       One Liberty Plaza, 23rd Floor
       New York, NY 10006
       (212) 201-6777

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I will move this Court at the United States Courthouse for the Eastern District of New York, pursuant to rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Barr, Anhut & Associates, P.C. and a member in good standing of the Bars of the States of Michigan and New Jersey, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

_____
Guy T. Conti (GC9597)
Barr, Anhut & Associates, P.C.
105 Pearl Street
Ypsilanti, MI 48197
gtconti@barrlawfirm.com
734.481.1234
734.483.3871 fax

Dated: June 26, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MYRA CONTI,

        Plaintiff,

v.

CITISTORAGE, LLC., and CITIPOSTAL, INC.,

        Defendants
--------------------------------------------------------x

MOTION FOR
ADMISSION TO PRACTICE
PRO HAC VICE

Case No. 06 CV 3012

Judge Ross
Magistrate Judge Go

Attorney Guy T. Conti, licensed to practice and in good standing in the Bars of the States of Michigan and New Jersey, hereby moves for admission to practice *pro hac vice* and be permitted to argue or try this particular case in whole or in part as counsel or advocate.

        Respectfully submitted,

        /s/ Guy T. Conti
        Guy T. Conti (GC9597)
        Barr, Anhut & Associates, P.C.
        105 Pearl Street
        Ypsilanti, MI 48197
        gtconti@barrlawfirm.com
        734.481.1234
        734.483.3871 fax

Dated: June 26, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

MYRA CONTI,

    Plaintiff,

v.

CITISTORAGE, LLC., and CITIPOSTAL, INC.,

    Defendants
-----------------------------------------------------x

AFFIDAVIT OF MOVANT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Case No. 06 CV 3012

Judge Ross
Magistrate Judge Go

Guy T. Conti, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Barr, Anhut & Associates, P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of Michigan and New Jersey.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: June 26, 2006

                                                Guy T. Conti (GC9597)
                                              Barr, Anhut & Associates, P.C.
                                              105 Pearl Street
                                              Ypsilanti, MI 48197
                                              gtconti@barrlawfirm.com
                                              734.481.1234
                                              734.483.3871 fax

STATE OF MICHIGAN      )
                       )ss.
COUNTY OF WASHTENAW    )

      Subscribed and sworn to before me a Notary Public on this 26th day of June, 2006, by the above named Guy T. Conti, who has read the foregoing and says it is true to the best of his/her knowledge.

                                            _____
                                            Jane A. Slider, Notary Public
                                            Washtenaw County, Michigan
                                            My commission expires: _____
                                            Acting in the County of _____

*[Notary stamp: JANE A. SLIDER, Notary Public, State of Michigan, County of Washtenaw. My Commission Expires October 12, 2008. Acting in the County of Washtenaw]*

2

JUDGE'S COPY

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **GUY THOMAS CONTI** (No. **036732005**) was constituted and appointed an Attorney at Law of New Jersey on **December 05, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **22ND** day of **June**, 20 **06**

Clerk of the Supreme Court

-453a-

JUDGE'S COPY

# State Bar of Michigan

## Certificate

### of Good Standing



This certifies that Guy Thomas Conti, P68889 of Ypsilanti, Michigan is an active member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on November 16, 2005 in Washtenaw County and became a member of the State Bar of Michigan on December 5, 2005.

*John T. Berry*

John T. Berry
Executive Director
June 22, 2006

